UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br>   v.<br>Ryan Johnson<br><br>              Defendant. | 1019<br>CR-04-1116-PCT-RGS<br><br>O R D E R |

Pursuant to the foregoing motion, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing the indictment in the above entitled matter without prejudice. It is further ordered releasing the defendant from custody as to this case only.

Dated this 21ST day of APRIL, 2005.

ROGER G. STRAND
United States District Judge